Aryeh Kaufman, Esq. (SBN: 289745)
aryeh@akaufmanlegal.com
**LAW OFFICE OF ARYEH KAUFMAN**
5482 Wilshire Blvd., PMB 1907
Los Angeles, CA 90036
Tel: (323) 943-2566
Fax: (213) 402-8598

*Attorneys for Plaintiff,*
**YOSEF SHLOMO GREENWALD**

ORSUS GATE LLP
Denis Shmidt (Bar No. 267987)
Nabil Bisharat (Bar No. 270305)
Zachary Murray (Bar No. 344762)
16 N. Marengo Ave., Suite 505
Pasadena, CA 91101
Telephone: (213) 973-2052
Email: DShmidt@OrsusGate.com
Email: NBisharat@OrsusGate.com
Email: ZMurray@OrsusGate.com

*Attorneys for Defendant*
 *Beach Cities Chabad*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOSEF SHLOMO GREENWALD, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BEACH CITIES CHABAD, a non-profit corporation, DOES 1 to 10, inclusive,<br><br>　　　　Défendants. | Case No. 2:25-CV-05829-AB-SSC<br><br>**JOINT RULE 26(f) REPORT**<br><br>Complaint filed: June 26, 2025<br>Counterclaim Filed: August 4, 2025 |

JOINT RULE 26(F) REPORT

AND RELATED COUNTERCLAIM

Plaintiff and Counter-defendant Yosef S. Greenwald, and Counter-defendants 144 Quigley Blvd LLC, 144 Call Hollow LLC, Kan Tziva LLC, Miriam Greenwald, 174 Campbell, LLC, 1471-1475 Chapel Street, LLC, and 19 Truman Holdings, LLC, LS INV LLC, MYS Distributors LLC, and Raisethon LLC (collectively the "Greenwald Parties") and Defendant and Counter-claimant Beach Cities Chabad ("Beach Cities"), by and through their respective counsel, respectfully submit this Joint 26(f) Report pursuant to the Court's March 26, 2026, Order.

**JOINT RULE 26(f) REPORT**

### A. Statement of the Case

On June 26, 2025, Plaintiff Yosef S. Greenwald filed a Complaint against Beach Cities asserting claims for Fraud in the Inducement, Promissory Fraud, and Declaratory Relief. On August 4, 2025, Beach Cities filed a First Amended Answer and First Amended Counterclaim asserting claims for Breach of Contract, Conversion, Quiet Title, Breach of the Implied Covenant of Good Faith and Fair Dealing, Unjust Enrichment/Restitution, and Declaratory Relief.

The dispute concerns a Promissory Note, Pledge and Security Agreement, and Guaranty (collectively, the "Agreements"), as well as ownership interests in eleven properties located in Delaware, New York, and Connecticut. Two of the three Agreements contain rabbinical law provisions and Beis Din venue clauses.

On August 8, 2025, Mr. Greenwald filed a motion to compel arbitration and stay the action. After extensive discussions, the Parties agreed to arbitrate the dispute before the Rabbinical Council of California ("RCC") and to stay this case pending the outcome of the arbitration. The Court approved the Parties' stipulation on August 18, 2025, ordered the matter stayed, and directed the Parties to file Joint

Status Reports every ninety (90) days until the arbitration is concluded.

On March 5, 2026, the Arbitrators issued a "Final Award."

Following the issuance of the "Final Award," the Parties met and conferred about Beach Cities' anticipated motion to confirm the "Final Award." The Parties were unable to agree on resolution of the motion. As a result of the meet and confer, Beach Cities requested clarification from the RCC about its "Final Award." The RCC is currently considering that request.

B. Subject Matter Jurisdiction

This Court has federal jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) in that complete diversity of citizenship exists between the Parties, and the amount in controversy exceeds $75,000.

C. Legal Issues

Not applicable.

D. Parties, Evidence, etc.

Not applicable.

E. Damages

Not applicable.

F. Insurance

Not applicable.

G. Motions

Plaintiff's Position:

Plaintiff does not currently intend to bring a motion to vacate the "Final Award" but reserves his rights to do so, especially if any changes are made to the "Final Award."

Defendant's Position:

Defendant intends to bring a motion to confirm the award.

H. Dispositive Motions

Not applicable.

I.   Manual for Complex Litigation

Not applicable.

J.   Status of Discovery

Not applicable.

K.  Discovery Plan

Not applicable.

L.  Discovery Cut-Off

Not applicable.

M. Expert Discovery

Not applicable.

N.  Settlement Efforts to Date and Alternative Dispute Resolution

Not applicable.

O.  Trial Estimate

Not applicable.

P.  Trial Counsel

Not applicable.

Q.  Independent Expert of Master

Not applicable.

R.  Schedule Worksheet

Not applicable.

Dated: April 10, 2026                    **LAW OFFICE OF ARYEH KAUFMAN**

By: */s/ Aryeh Kaufman*
    Aryeh L. Kaufman, Esq.,
    *Attorneys for Plaintiff and Counter-defendants,*
    Yosef S. Greenwald, 144 Quigley Blvd LLC, 144 Call Hollow LLC, Kan Tziva LLC, Miriam Greenwald, 174

JOINT RULE 26(F) REPORT

Campbell, LLC, 1471-1475 Chapel Street, LLC, and 19 Truman Holdings, LLC, LS INV LLC, MYS Distributors LLC, and Raisethon LLC

Dated: April 10, 2026        **ORSUS GATE LLP**

Denis Shmidt

Nabil Bisharat

Zachary Murray

By: */s/ Zachary Murray*

Zachary Murray

*Attorneys for Defendant and Crossclaimant,*

Beach Cities Chabad

JOINT RULE 26(F) REPORT

## **RULE 5-4.3.4 COMPLIANCE**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Aryeh Kaufman, Esq., attests that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Aryeh Kaufman*
        Aryeh L. Kaufman, Esq.,