ORSUS GATE LLP
Denis Shmidt (Bar No. 267987)
Nabil Bisharat (Bar No. 270305)
Zachary Murray (Bar No. 344762)
16 N. Marengo Ave., Suite 505
Pasadena, CA 91101
Telephone: (213) 973-2052
Email: DShmidt@OrsusGate.com
Email: NBisharat@OrsusGate.com
Email: ZMurray@OrsusGate.com

*Attorneys for Defendant and Crossclaimant
Beach Cities Chabad*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOSEF SHLOMO GREENWALD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BEACH CITIES CHABAD, a non-profit corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:25-CV-05829-AB-SSC<br><br>**UPDATED JOINT REPORT ON FINAL AWARD BRIEFING SCHEDULE**<br><br>Complaint filed: June 26, 2025<br>Counterclaim Filed: August 4, 2025 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff and Counter-defendant Yosef S. Greenwald, and Counter-defendants144 Quigley Blvd LLC, 144 Call Hollow LLC, Kan Tziva LLC, Miriam Greenwald, 174 Campbell, LLC, 1471-1475 Chapel Street, LLC, and 19 Truman Holdings, LLC, LS INV LLC, MYS Distributors LLC, and Raisethon LLC (collectively the "Greenwald Parties") and Defendant and Counter-claimant Beach Cities Chabad ("Beach Cities"), by and through their respective counsel, respectfully submit this Updated Joint Report on the Final Award Briefing Schedule pursuant to the Court's April 23, 2026 Order (Dkt. 67).

After the Parties submitted their April 10, 2026 Joint Status Report (Dkt. 65), the Rabbinical Council of California (the "Beis Din"), upon the request of Beach Cities, agreed to amend its "Final Award".  The Beis Din has not issued its amended "Final Award" yet.

Given the current uncertainty as to timing in the Beis Din proceedings, the Parties respectfully request postponing the briefing schedule until matters within the Beis Din have been resolved.  The Parties propose providing the Court a joint update within 90 days, or within 10 days of the Beis Din issuing its amended "Final Award," whichever comes first.

//

//

1

Dated: May 7, 2026                    ORSUS GATE LLP
                                      Denis Shmidt
                                      Nabil Bisharat
                                      Zachary Murray


                                      By: /s/ Zachary Murray
                                      Zachary Murray
                                      *Attorneys for Defendant and
                                      Crossclaimant Beach Cities Chabad*


Dated: May 7, 2026                    LAW OFFICE OF ARYEH KAUFMAN
                                      Aryeh Kaufman

                                      By: /s/ Aryeh Kaufman
                                      Aryeh Kaufman
                                      Attorney for Plaintiff and
                                      Counterdefendant Yosef S.
                                      Greenwald, and Counterdefendants
                                      144 Quigley Blvd LLC, 144 Call
                                      Hollow LLC, Kan Tziva LLC,
                                      Miriam Greenwald, 174 Campbell,
                                      LLC, 1471-1475 Chapel Street,
                                      LLC, and 19 Truman Holdings,
                                      LLC, LS INV LLC, MYS
                                      Distributors LLC, and Raisethon
                                      LLC


*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i), Zachary Murray hereby attests that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

2

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that on May 7, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

By: /s/Zachary Murray
Zachary Murray

3