UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOSEF SHLOMO GREENWALD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BEACH CITIES CHABAD, a non-profit corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:25-CV-05829-AB-SSC<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION ON FINAL AWARD BRIEFING SCHEDULE<br><br>Complaint filed: June 26, 2025<br>Counterclaim Filed: August 4, 2025 |

The Court **APPROVES** the parties' Stipulation. The Court **ORDERS** the Parties to file a Joint Report within 90 days of the date of this Order, or within 10 days of the Final Award issued by the Beis Din, whichever is sooner.

**IT IS SO ORDERED.**

Dated: May 11, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1