ORSUS GATE LLP
Denis Shmidt (Bar No. 267987)
Nabil Bisharat (Bar No. 270305)
Zachary Murray (Bar No. 344762)
16 N. Marengo Ave., Suite 505
Pasadena, CA 91101
Telephone: (213) 973-2052
Email: DShmidt@OrsusGate.com
Email: NBisharat@OrsusGate.com
Email: ZMurray@OrsusGate.com

*Attorneys for Defendant and Crossclaimant*
*Beach Cities Chabad*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOSEF SHLOMO GREENWALD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BEACH CITIES CHABAD, a non-profit corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:25-CV-05829-AB-SSC<br><br>**JOINT STATUS REPORT ON FINAL AWARD**<br><br>Complaint filed: June 26, 2025<br>Counterclaim Filed: August 4, 2025 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff and Counter-defendant Yosef S. Greenwald, and Counter-defendants144 Quigley Blvd LLC, 144 Call Hollow LLC, Kan Tziva LLC, Miriam Greenwald, 174 Campbell, LLC, 1471-1475 Chapel Street, LLC, and 19 Truman Holdings, LLC, LS INV LLC, MYS Distributors LLC, and Raisethon LLC (collectively the "Greenwald Parties") and Defendant and Counter-claimant Beach Cities Chabad ("Beach Cities"), by and through their respective counsel, respectfully submit this Joint Report on the Final Award pursuant to the Court's May 11, 2026 Order (Dkt. 69).

On June 22, 2026, the Rabbinical Council of California (the "Beis Din") issued its Amended and Restated Final Award (the "Final Award").

**Beach Cities' Position**

Unfortunately, the copy of the Final Award that the Parties received is partially illegible due to the quality of the photocopy. Beach Cities has reached out to the Beis Din and requested an updated fully legible copy.  Once such a copy has been obtained, Beach Cities will file its Motion to Confirm the Final Award.

Dated: July 2, 2026

ORSUS GATE LLP
Denis Shmidt
Nabil Bisharat
Zachary Murray

By: /s/ Zachary Murray
Zachary Murray
*Attorneys for Defendant and Crossclaimant Beach Cities Chabad*

1

Dated: July 2, 2026

LAW OFFICE OF ARYEH KAUFMAN
Aryeh Kaufman

By: /s/ Aryeh Kaufman
Aryeh Kaufman
Attorney for Plaintiff and
Counterdefendant Yosef S.
Greenwald, and Counterdefendants
144 Quigley Blvd LLC, 144 Call
Hollow LLC, Kan Tziva LLC,
Miriam Greenwald, 174 Campbell,
LLC, 1471-1475 Chapel Street,
LLC, and 19 Truman Holdings,
LLC, LS INV LLC, MYS
Distributors LLC, and Raisethon
LLC

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i), Zachary Murray hereby attests that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

2

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on July 2, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

By: /s/ Zachary Murray
Zachary Murray