ORSUS GATE LLP
Denis Shmidt (Bar No. 267987)
Nabil Bisharat (Bar No. 270305)
Zachary Murray (Bar No. 344762)
16 N. Marengo Ave., Suite 505
Pasadena, CA 91101
Telephone: (213) 973-2052
Email: DShmidt@OrsusGate.com
Email: NBisharat@OrsusGate.com
Email: ZMurray@OrsusGate.com

*Attorneys for Defendant*
*Beach Cities Chabad*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOSEF SHLOMO GREENWALD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BEACH CITIES CHABAD, a non-profit corporation,<br><br>Defendant. | Case No. 2:25-CV-05829-AB-SSC<br><br>**DECLARATION OF DENIS SHMIDT IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT BEACH CITIES CHABAD'S PETITION TO CONFIRM ARBITRATION AWARD**<br><br>Complaint filed: June 26, 2025<br><br>Date: August 14, 2026<br>Time: 10:00 a.m.<br>Judge: Hon. Andre Birotte, Jr.<br><br>*Filed concurrently with Petition; the Declaration of Daniel Katz; and the Proposed Final Judgment* |
| AND RELATED COUNTERCLAIM | |

# DECLARATION OF DENIS SHMIDT

I, Denis Shmidt, declare as follows:

1. I am a partner with the law firm Orsus Gate LLP and counsel of record for Defendant Beach Cities Chabad ("Beach Cities"). I make this declaration in support of Beach Cities' Petition to Confirm Arbitration Award. I have personal knowledge of the facts set forth below and, if called upon, could and would competently testify thereto.

2. On July 10, 2026, I met and conferred by telephone with Aryeh Kaufman, counsel of record for Plaintiff Yosef S. Greenwald ("Plaintiff") regarding Beach Cities' planned Petition to Confirm the Final Award issued by the Rabbinical Council of California (the "RCC").

3. Specifically, I explained Beach Cities' position that it was entitled to a judgment in its favor and against Plaintiff and the other counter-defendants, and that Beach Cities was entitled to the $6.8 million in principal. I further stated that Beach Cities would seek a Court order that Plaintiff abide by the procedures for enforcing the Parties' agreements outlined by the RCC in the Final Award until the $6.8 million has been fully repaid.

4. Mr. Kaufman indicated that he disagreed with our position and would oppose the Petition.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 17, 2026, in Pasadena, California.

By: [signature]
Denis Shmidt

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on July 17, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

By: */s/ Zachary Murray*
Zachary Murray